Case 1:23-cv-04773-FB-MMH   Document 44   Filed 05/09/24   Page 1 of 1 PageID #: 165



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 9, 2024

**By ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  *Bano, et al. v. City of New York, et al.,* No. 23-cv-4773 (Block, J.) (Henry, M.J.)

Dear Judge Block:

     This Office represents Defendant United States of America (the "United States") in the above-referenced action, brought by Plaintiffs Mussarat Bano and Bashir Rahee ("Plaintiffs"). The United States writes respectfully in accordance with Your Honor's May 2, 2024 Order providing that if the United States wishes to pursue its motion to dismiss, "then by May 9, 2024 counsel shall file a letter with their agreed upon briefing schedule."

     The United States and Plaintiffs have agreed to the following briefing schedule for the United States' motion to dismiss: the United States will file its moving brief by July 16, 2024, the Plaintiffs will file their opposition by September 23, 2024, and the United States will file its reply by October 14, 2024.

     In accordance with Your Honor's May 2, 2024 Order, if the parties modify their agreed upon briefing schedule, they will file a letter notifying the Court of the modified agreed upon briefing schedule.

     We thank the Court for its time and consideration of this request.

     Respectfully submitted,

     BREON PEACE
     United States Attorney

By:  *s/ Marika M. Lyons*
     Marika M. Lyons
     Assistant United States Attorney
     (718) 254-6484
     Marika.Lyons@usdoj.gov

cc:    All counsel of record (by ECF)