# MAIN STREET LEGAL SERVICES, INC.

*The City University of New York*

**CUNY SCHOOL OF LAW**

Family Defense Practicum
Julia Hernandez, Esq., Supervising Attorney     (718) 340-4141 Tel     2 Court Square
Tarek Z. Ismail, Esq., Supervising Attorney     (718) 340-4478 Fax     Long Island City, NY 11101-4356

August 1, 2025

<u>VIA ECF</u>
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 504N
Brooklyn, New York 11201

    Re:    *Bano, et al. v. United States, et al.*, 23-CV-04773 (FB) (MMH)

Dear Judge Henry,

    We represent Plaintiffs Mussarat Bano and Bashir Rahee in the above-captioned action.

    On July 7, 2025 the Court scheduled a telephone conference for August 13, 2025 at 10:30AM. Plaintiffs write to respectfully request an adjournment of this conference. Plaintiffs legal team will be abroad and in-transit, respectively, on that date.

    All defendants consent to this request. The parties are available after August 24th, with the exception of August 26 and 28. Plaintiffs' counsel also wishes to inform the Court that we are generally unavailable Tuesday and Thursday afternoons due to teaching responsibilities. As this Court is aware, Plaintiffs are represented by Main Street Legal Services ("MSLS"), a clinic at CUNY School of Law.

    We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    <u>s/ Julia Hernandez</u>
                                                    <u>s/ Tarek Z. Ismail</u>
                                                    Attorneys for Plaintiffs

cc:      All attorneys of record via ECF