UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

MUSSARAT BANO and BASHIR RAHEE,                    Civil Action No.
                                                    23-cv-4773
                          Plaintiffs,

            v.                                      (Block, J.)
                                                    (Henry, M.J.)

UNITED STATES OF AMERICA; THE CITY OF
NEW YORK; NEW YORK CITY ADMINISTRATION
FOR CHILDREN'S SERVICES COMMISSIONER
JESS DANNHAUSER, in his official capacity; NEW
YORK CITY ADMINISTRATION FOR CHILDREN'S
SERVICES CASEWORKER NICOLE RAMIREZ, in
her individual and official capacity; LITTLE FLOWER
CHILDREN AND FAMILY SERVICES CHIEF
EXECUTIVE OFFICER CORINNE HAMMONS, in
her official capacity; LITTLE FLOWER CHILDREN'S
SERVICES CASE PLANNER RENEE HARTLEY-
SAMMS, in her individual capacity,

                          Defendants.

-----------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and upon

all prior pleadings and proceedings herein, Defendant United States of America (the "United

States") will move before the Honorable Frederic Block, United States District Judge, Eastern

District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a

time to be designated by the Court, for reconsideration of the Court's Memorandum and Order,

dated June 26, 2025, pursuant to Local Civil Rule 6.3 of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York; and

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the current Scheduling Order,

Plaintiff's opposition papers, if any, shall be served on or before September 1, 2025.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the current Scheduling Order, the

United States' reply papers, if any, shall be served on or before September 8, 2025.


Dated: Brooklyn, New York
      August 1, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorney for the United States*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:   *s/ Marika M. Lyons*
Marika M. Lyons
Assistant United States Attorney
(718) 254-6484
Marika.Lyons@usdoj.gov


TO:   CUNY SCHOOL OF LAW (via mail and e-mail)
      Julia Hernandez
      Tarek Ziad Ismail
      *Attorneys for Plaintiffs*
      2 Court Square
      Long Island City, NY 11101
      Julia.hernandez7@gmail.com
      Tarek.ismail.law.cuny.edu