**By ECF**
Honorable Magistrate Judge Marcia M. Henry
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Bano. v City of New York, et al.*, 23-CV-4773 (FB)(MMH)

Your Honor:

Main Street Legal Services represents Mussarat Bano and Bashir Rahee ("Plaintiffs") in the above captioned action. Pursuant to Your Honor's September 10, 2025 Order, Plaintiffs met and conferred on September 24, 2025 with counsel for the City of New York, Commissioner Jess Dannhauser and Nicole Ramirez (together, the "City Defendants") and counsel for Renee Hartley Samms ("Little Flower Defendant") regarding a proposed discovery plan.

Per the September 10, 2025 Order, discovery regarding Defendant United States of America is stayed until resolution of their Motion for Reconsideration, for which briefing was completed on September 23, 2025 (ECF 86).

Plaintiffs and Little Flower Defendant have arrived at settlement and will accordingly file an executed Stipulation of Dismissal as to Defendant Hartley-Samms only, for the Court's approval.

Plaintiffs and City Defendants agree as to the below plan for fact discovery. The parties would propose further deadlines — including regarding expert discovery, if any — after the Court has decided Defendant United States of America's Motion for Reconsideration.

We respectfully request the Court's approval of our Proposed Discovery Plan as listed below:

- October 16, 2025 – Rule 26(a)(1) disclosures exchanged
- October 23, 2025 – Plaintiffs to make settlement demand
- October 30, 2025 – Any revision to Protective Order to be submitted for court approval
- November 6, 2025 – Initial document requests and interrogatories
- January 7, 2026 – Defendant to make settlement offer
- September 15, 2026 – All fact discovery to be completed
- September 15, 2026 – Settlement conference (proposed date)

We thank the Court for its time and consideration of this response.

Respectfully submitted,
\_\_\_\_/s/_____
Tarek Z. Ismail
Julia Hernandez

Main Street Legal Services
2 Court Square
Long Island City, N.Y. 11101
Attorneys for Plaintiffs
tarek.ismail@law.cuny.edu
julia.hernandez@law.cuny.edu