

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 17, 2025

**By ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Bano, et al. v. City of New York*, *et al.,* No. 23-cv-4773 (Block, J.) (Henry, M.J.)

Dear Judge Block:

  This Office represents Defendant United States of America (the "Government") in the above-referenced action, brought by plaintiffs Mussarat Bano and Bashir Rahee (the "Plaintiffs") and alleging claims against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.  The Government writes to respectfully request an adjournment of the oral argument currently scheduled for October 21, 2025 at 4:00 p.m. (*see* Scheduling Order dated October 7, 2025) to a date to be determined.

  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice (the "Department") expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Department of State.  The Department does not know when funding will be restored by Congress. Absent an appropriation, Department and Department of State attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

  If this request is granted, this Office will notify the Court when Congress has appropriated funds for the Department.  At that point, the Office will further request that the Court set a date for the pre-settlement conference.

  Counsel for Plaintiffs consents to this request.

The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Marika Lyons*
     Marika Lyons
     Assistant United States Attorney
     (718) 254-6484
     marika.lyons@usdoj.gov

cc:    All attorneys of record (via ECF)