UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

MUSSARAT BANO and BASHIR RAHEE,

Plaintiffs,

-against-

UNITED STATES OF AMERICA; THE CITY OF NEW YORK; NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES COMMISSIONER JESS DANNHAUSER, IN HIS OFFICIAL CAPACITY; NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES CASEWORKER NICOLE RAMIREZ, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; LITTLE FLOWER CHILDREN'S SERVICES CASE PLANNER RENEE HARTLEY-SAMMS, IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

Defendants.

----------------------------------------------------------------------x

23-cv-4773(FB)(MMH)

**STIPULATION AND**
**<u>ORDER OF DISMISSAL</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Tarek Z. Ismail, Esq. of MAIN STREET LEGAL SERVICES, attorneys for plaintiffs, MUSSARAT BANO and BASHIR RAHEE (hereinafter "plaintiffs") and Michael Becker, Esq. of RUTHERFORD & CHRISTIE, LLP, attorneys for defendant, LITTLE FLOWER CHILDREN'S SERVICES CASE PLANNER RENEE HARTLEY-SAMMS, IN HER INDIVIDUAL AND OFFICIAL CAPACITY (hereinafter "defendant Renee Hartley-Samms"), that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action is here dismissed <u>with prejudice</u> without an any award for costs, expenses or attorneys' fees as against defendant Renee Hartley-Samms <u>only</u>.

2. A facsimile or an electronically signed copy of this stipulation is acceptable for Court filing.

Dated: New York, New York
October 24, 2025

**MAIN STREET LEGAL SERVICES**

By: Tarek Z. Ismail, Esq.
*Attorneys for Plaintiffs*
CUNY LAW SCHOOL
Family Defense Practicum
2 Court Square
Long Island City, NY 10010

**RUTHERFORD & CHRISTIE, LLP**

By: Michael C. Becker, Esq.
*Attorneys for Defendant*
Renee Hartley-Samms
800 Third Avenue, 9th Floor
New York, New York 10123
(212) 599-5799

**SO ORDERED**:

______________________________ Dated:__________________________